Eliza J. Beaudet and Homer J. Beaudet, Appellants, v. Emma Lawrence Jacob, Respondent, Impleaded with Bartholomew Jacob and New York Building and Improvement Company.— Judgment affirmed, with costs.	No opinion.

J. Edward Ogden Company, Respondent, v. Otto Refior, Carrying on Business as the Allegheny Forging Company, Appellant.— Judgment affirmed, with costs. No opinion.

Albert D. Coleman, Appellant, v. J. L. Mott Iron Works, Respondent.— Order reversed, without costs, and verdict reinstated on condition that plaintiff stipulates to reduce judgment to be entered thereon to $4,500, with costs; if such stipulation be not given, order affirmed, with costs.	No opinion.	Settle order on notice.

Charles E. Taylor, Respondent, v. Warner Van Norden and Others, Impleaded with Oakleigh Thorne and Others, Appellants.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs.	No opinion.

The Mutual Life Insurance Company of New York, Respondent, v. Robert A. Granniss, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs.	No opinion.	(Scott, J., dissenting.)

Czarnikow, MacDougal and Company, Ltd., Appellant, v. George S. Baxter and Others, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to reply on payment of costs.	No opinion.

C. S. Goss and Company, Appellant, v. Clayton S. Goss, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.	(Houghton, J., dissenting.)